UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Torrance T. Johnson**                           Docket No. 5:09-CR-337-1BO

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Torrance T. Johnson, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924, and Possession of a Stolen Firearm, in violation of 18 U.S.C. §§ 922(j)and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on June 3, 2010, to the custody of the Bureau of Prisons for a term of 78 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Torrance T. Johnson was released from custody on January 26, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for marijuana and cocaine on February 6, and February 22, 2017. The results of the tests were confirmed by Alere Laboratories on February 13, and February 28, 2017. When confronted with the results of the tests, the defendant signed an admission of drug use statement acknowledging his use of marijuana and cocaine on January 25, and February 17, 2017. The defendant received a verbal reprimand, was counseled for his actions, and was instructed to obtain a substance abuse assessment from Second Chance Recovery Center. As a sanction for this violation, the defendant will participate in the DROPS Program, beginning in the second use level, and will be required to serve a two day jail sanction. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant will begin at the second use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

3. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Torrance T. Johnson
Docket No. 5:09-CR-337-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: March 13, 2017

## ORDER OF THE COURT

Considered and ordered this __14__ day of __March__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge